J. MARION MILLER, for plaintiffs in error.

E. M. SEYMOUR, for defendant in error.

MR. JUSTICE CLARK delivered the opinion of the court.

## Abstract of the Decision.

1. FORCIBLE ENTRY AND DETAINER, § 84*—*when evidence sufficient to show forcible entry.* In an action for forcible entry and detainer, evidence *held* sufficient to show that the entry by the defendants was forcible, so that a demand for possession was unnecessary.

2. FORCIBLE ENTRY AND DETAINER, § 108*—*when objection to judgment not preserved for review.* Objection that the judgment order in forcible entry and detainer does not sufficiently describe the property cannot be considered in a court of review where such objection was not urged in the trial court.

3. FORCIBLE ENTRY AND DETAINER, § 67*—*issues as to title.* In an action of forcible entry and detainer the question of title to the premises is not involved.

---

## Louis A. Elisburg, Defendant in Error, v. Nellie K. Berkey and Arista W. Berkey, Plaintiffs in Error.

### Gen. No. 19,122. (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. DAVID SULLIVAN, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1913. Affirmed. Opinion filed March 10, 1914.

## Statement of the Case.

Action of forcible entry and detainer by Louis A. Elisburg against Nellie K. Berkey and Arista W. Berkey. A verdict and judgment was entered in favor of plaintiff and the defendants prosecute error.

The record in this case is like that in *Elisburg v. Berkey, ante,* p. 389, except in this case the flat was

*See Illinois Notes Digest, Vols. XI to XV, same topic and section number.

known as "No. 2" in the apartment building, while in that case the flat was known as "No. 5." The grounds urged for reversal are the same as in the case referred to and the decision in that case *held* controlling.

J. MARION MILLER, for plaintiffs in error.

E. M. SEYMOUR, for defendant in error.

MR. JUSTICE CLARK delivered the opinion of the court.

---

## Bernard Brozowski, Plaintiff in Error, v. Stanislaw Grohocki, Defendant in Error.

### Gen. No. 19,055. (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. FRED C. HILL, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1913. Affirmed. Opinion filed March 10, 1914.

### Statement of the Case.

Action by Bernard Brozowski against Stanislaw Grohocki for commissions alleged to be due in effecting the sale of a piece of real estate. The plaintiff introduced in evidence a partly executed contract, purporting to be between defendant and John Svatik and Eva Svatik, in and by which the defendant was to convey to John and Eva Svatik certain property in Chicago for certain property said to be owned by John and Eva Svatik in Indiana. In the form of the contract it was provided that defendant should pay plaintiff one hundred and fifty dollars and the other parties to pay him two hundred dollars. This form of contract was signed by the defendant and John Svatik,